G. A. BAKER & CO., INC., Appellant and Respondent, *v.* POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, and NEW YORK GRAVURE CORPORATION, Respondent.

POLYGRAPHIC COMPANY OF AMERICA, INC., Appellant, *v.* G. A. BAKER & CO., INC., Respondent.

(Argued May 29, 1934; decided July 3, 1934.)

*Eugene Eisenmann* and *J. Alvin Van Bergh* for G. A. Baker & Co., Inc., appellant and respondent.

*I. Maurice Wormser* and *Joseph Quittner* for Polygraphic Company of America, Inc., defendant-appellant, and New York Gravure Corporation, defendant-respondent.

Judgment of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs to plaintiff-appellant G. A. Baker & Co., Inc., in this court and in the Appellate Division on the authority of *Farber* v. *Demino* (254 N. Y. 363). No opinion. (See 265 N. Y. 508.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.